IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ANDRES, ET AL.,<br><br>　　　　　　*Plaintiffs,*<br><br>-against -<br><br>TOWN OF WHEATFIELD, ET AL.,<br><br>　　　　　　*Defendants.* | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 1:17-cv-00377-CCR |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, ROE CONSOLIDATED HOLDINGS.

Dated: November 21, 2017

**SMITH STAG L.L.C.**
Michael Stag, Esq.
Ashley Liuzza, Esq.
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Tel:(504) 593-9600
Fax: (504) 593-9601
mstag@smithstag.com
aliuzza@smithstag.com

**CHRISTEN CIVILETTO**
Christen Civiletto, Esq.
(*Pro Hac Vice pending*)
8313 West Point Drive
East Amherst, N.Y. 14051
(716) 713-2431
Christenciviletto@gmail.com

**NAPOLI SHKOLNIK PLLC**

By: /s/ Thomas W. Raleigh
Thomas W. Raleigh
Paul J. Napoli
Louise Caro
360 Lexington Ave., 11th Floor
New York, NY, 10017
Tel: (212) 397-1000
Fax: (646) 843-7603
traleigh@napolilaw.com
pnapoli@napolilaw.com
lcaro@napolilaw.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ELIZABETH ANDRES, et al.,

                                *Plaintiffs,*        Civil Action No.:
                                         1:17-cv-00377-CCR

*-against -*

TOWN OF WHEATFIELD, et al.,        CERTIFICATE OF SERVICE

                                *Defendants.*
-------------------------------------------------------------------X

      I hereby certify that on the 21st day of November, 2017, I electronically filed the within Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) with the Clerk of Court using the CM/ECF system.

      Participants in the case who are registered CM/ECF users were served by the CM/ECF system.

      I further certify that I will e-mail the document to the following non-filing users:

MARELLI & CO.
James Marrelli
*Attorneys for Defendant Roe Consolidated Holdings Inc.*
Toronto, Ontario
M1R 4Z5
Canada

                                                            _____
                                                            Thomas W. Raleigh, Esq.
                                                             NAPOLI SHKOLNIK PLLC
                                                             360 Lexington Ave., 11th Floor
                                                             New York, NY, 10017
                                                             Tel: (212) 397-1000
                                                             Fax: (646) 843-7603
                                                             traleigh@napolilaw.com
                                                             *Attorneys for Plaintiffs and the Proposed Class*