UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ANDRES, *et al.*, | **STIPULATION AND ORDER** |
| Plaintiffs, | |
| v. | Civil Action No. |
| TOWN OF WHEATFIELD, *et al.*, | 17-cv-00377-CCR |
| Defendants. | |
| ALICIA BELLAFAIRE, *et al.*, | |
| Plaintiffs, | Civil Action No. |
| v. | 18-cv-00560-CCR |
| TOWN OF WHEATFIELD, *et al.*, | |
| Defendants. | |
| THEODORE WIRTH, III, *et al.*, | |
| Plaintiffs, | Civil Action No. |
| v. | 18-cv-01486-CCR |
| TOWN OF WHEATFIELD, *et al.*, | |
| Defendants. | |

This Stipulation and Order applies in Lead Case *Andres, et al. v. Town of Wheatfield, et al.* ("*Andres*"), Consolidated Case *Bellafaire, et al. v. Town of Wheatfield, et al.*, and Consolidated Case *Wirth, et al. v. Town of Wheatfield, et al.* (the "Consolidated Actions").

**WHEREAS** on February 3, 2022, Defendants filed a joint Motion for Partial Summary Judgment Dismissing Plaintiffs' claims arising under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), ECF No. 304 (the "CERCLA MSJ");

**WHEREAS**, a motion hearing was held on June 28, 2022, and oral argument was heard on the CERCLA MSJ;

**WHEREAS**, Defendants' CERCLA MSJ was taken under advisement; and

**WHEREAS**, Plaintiffs' counsel advised Defendants on August 3, 2022 that plaintiffs no longer wish to pursue their CERCLA claims;

The parties, through their undersigned counsel, therefore **STIPULATE AND AGREE** that:

1. All CERCLA claims asserted in the Consolidated Actions shall be and hereby are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 8/18/22

_____
United States District Judge Christina Reiss

BOND SCHOENECK & KING, PLLC

By: /s/ *Charles D. Grieco*
    Charles D. Grieco
    Dennis Schaeffer
    Kathleen H. McGraw
Attorneys for Defendant
*Town of Wheatfield*
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York 14202-2107
Telephone No. (716) 416-7000
cgrieco@bsk.com
dschaeffer@bsk.com
kmcgraw@bsk.com

Matthew E. Brooks
Wheatfield Town Attorney
2800 Church Road
North Tonawanda, New York 14120
Telephone No. (716) 694-6440
mattb@wheatfield.ny.us


NIXON PEABODY LLP

By: /s/ *Laurie Styka Bloom*
    Laurie Styka Bloom
    J. William Codinha
    John J. Weinholtz
Attorneys for Defendant
*Crown Beverage Packaging, LLC*
40 Fountain Plaza, Suite 500
Buffalo, New York 14202-2224
Telephone No. (716) 853-8102
lbloom@nixonpeabody.com
jcodinha@nixonpeabody.com
jweinholtz@nixonpeabody.com

PHILLIPS LYTLE LLP

By: /s/ *Kevin M. Hogan*
    Kevin M. Hogan
    Jeremy M. Amar-Dolan
    Chloe J. Nowak
Attorneys for Defendant
*Occidental Chemical Corporation*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No. (716) 847-8400
khogan@phillipslytle.com
jamar-dolan@phillipslytle.com
cnowak@phillipslytle.com

DECHERT LLP
Sheila L. Birnbaum
Douglas E. Fleming III
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone No. (212) 698-3500
sheila.birnbaum@dechert.com
douglas.fleming@dechert.com


BARCLAY DAMON LLP

By: /s/ *Yvonne E. Hennessey*
    Yvonne E. Hennessey
    Carol Snider
Attorneys for Defendant
*Industrial Holdings Corporation*
80 State Street
Albany, New York 12207
Telephone No. (518) 429-4293
yhennessey@barclaydamon.com
csnider@barclaydamon.com

GREENBERG TRAURIG, LLP

By: /s/ *Zackary D. Knaub*
    Zackary D. Knaub
Attorneys for Defendant
*Republic Services, Inc.*
54 State Street, 6th Floor
Albany, New York 12207
Telephone No. (518) 689-1426
knaubz@gtlaw.com

STAG LIUZZA, LLC

By /s/ *Michael Stag*
    Michael Stag
    Ashley Liuzza
Attorneys for Plaintiffs
One Canal Place
365 Canal Street, Suite 2850
New Orleans, Louisiana 70130
Telephone No. (504) 593-9600
mstag@stagliuzza.com
aliuzza@stagliuzza.com

NAPOLI SHKOLNIK
Paul J. Napoli
Lilia Factor
360 Lexington Avenue, 11th Floor
New York, New York 10017
Telephone No. (212) 397-1000
pnapoli@nsprlaw.com
lfactor@napolilaw.com

CHRISTEN CIVILETTO
8313 West Point Drive
East Amherst, New York 14051
Telephone No. (716) 713-2431
christenciviletto@gmail.com

HARRIS BEACH PLLC

By: /s/ *Steven P. Nonkes*
    Steven P. Nonkes
Attorneys for Defendant
*Greif, Inc.*
99 Garnsey Road
Pittsford, New York 14534
Telephone No. (585) 419-8847
snonkes@harrisbeach.com

LIPPES MATHIAS LLP
Brian C. Mahoney
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
Telephone No. (716) 853-5100
bmahoney@lippes.com

Doc #10200729