UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ANDRES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF WHEATFIELD, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-00377-CCR |
| ALICIA BELLAFAIRE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF WHEATFIELD, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-00560-CCR |
| THEODORE WIRTH, III, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF WHEATFIELD, *et al.*, <br><br> Defendants. | Case No. 1:18-cv-01486-CCR |

**CASE MANAGEMENT AFFIDAVIT**

I, _____[Name]_____ of _____[Address]_____, hereby certify under oath that:

### *Personal Injury Claims*

1. I have developed the following medical condition(s) which I allege were caused by at least one of the Defendants:

   **For items 2 – 9, COMPLETE THIS AFFIDAVIT SEPARATELY FOR <u>EACH</u> MEDICAL CONDITION YOU ALLEGE IN THIS LAWSUIT**
   **(you may use as many pages as needed to
   address all your claimed medical conditions)**

2. **Alleged Condition # \_\_\_** (name of condition): _____.

   a. Symptoms:
   _____.

   b. Approximate dates I have experienced these symptoms:
   _____.

   c. Defendant or Defendants that I contend are responsible for this condition:
   _____.

3. I have consulted a medical professional regarding this alleged condition.

   **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

4. I have received a medical diagnosis or treatment for this alleged condition.

   **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

5. I received a medical diagnosis and/or treatment for this alleged condition on the following date(s):
   _____.

6. The following medical professional(s) provided my medical diagnosis and/or treatment of this alleged condition:

   _____.

7. Contact information of **each** medical professional named in item (6) above [name, address, telephone number]:

   _____.

8. I have received an opinion from at least one medical professional regarding <u>the cause</u> of this alleged condition:

    **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

9. If you answered "YES" to number 8, please provide the following information:

    a. I have received a written medical <u>causation</u> opinion.

    **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

    b. I have received a verbal medical <u>causation</u> opinion.

    **YES** \_\_\_\_\_        **NO** \_\_\_\_\_

    c. Other (please explain):
    _____.

    d. Contact information of **each** medical professional that provided a causation opinion [name, address, telephone number]:
    _____.

10. For purposes of this lawsuit, I agree to release my medical records regarding my alleged condition(s) and have signed a release furnished by my legal counsel which I include with this Case Management Affidavit.

## ***Property Damage Claims***

11. I am making a claim for property damages related to contamination migrating from the Landfill.

   **YES** \_\_\_\_\_          **NO** \_\_\_\_\_

   If you answered "YES", proceed to questions 12-14.

   If you answered "NO", proceed to the signature section.

12. What is the address of the property(ies) for which you are claiming damages?

   Property 1: _____.

   Property 2: _____.

13. Are you the current owner of the listed property(ies)?

   Property 1:

   **YES** \_\_\_\_\_          **NO** \_\_\_\_\_

   Property 2:

   **YES** \_\_\_\_\_          **NO** \_\_\_\_\_

14. What are the years of ownership for the listed property(ies)?

   Property 1: _____.

   Property 2: _____.

**I hereby certify under oath that the foregoing information is true, accurate, and complete to the best of my knowledge**.

_____       _____
Signature of Plaintiff                                                   Date

_____
Printed Name of Plaintiff

_____
Printed Name of Parent/Guardian, if Plaintiff is a Minor

_____
Printed Name of Fiduciary, if Plaintiff is Deceased

Case in which Plaintiff is a claimant [please check only one]:

- *Andres v. Town of Wheatfield*          [  ]
- *Bellafaire v. Town of Wheatfield*     [  ]
- *Wirth v. Town of Wheatfield*          [  ]