UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Nevin Wisnoski
(Name of Petitioner)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF ERIE    )

Christen E. Civiletto, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: 8313 W. Point Dr., E. Amherst, N.Y. 14051
   City, State

and maintain an office for the practice of law at: 8313 W. Point Dr., E. Amherst, N.Y. 14051

2. I am an attorney at law, admitted to practice in the United States District Court, Western District of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 6th day of December, 2017.

3. I have known the petitioner since September 2022 and under the following circumstances: Attorney Wisnoski is co-counsel in a mass toxic tort exposure case.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Attorney Wisnoski is consistently thorough and conscientious, and his work product is excellent.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 2/16/2023
             Date

_____
Signature of Sponsoring Attorney

Rev. 1/3/2023