UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH ANDRES, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF WHEATFIELD, *et al.*,<br><br>        Defendants. | Case No. 1:17-cv-00377-CCR |
| ALICIA BELLAFAIRE, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF WHEATFIELD, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-00560-CCR |
| THEODORE WIRTH, III, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>TOWN OF WHEATFIELD, *et al.*,<br><br>        Defendants. | Case No. 1:18-cv-01486-CCR |

**ORDER OF DISMISSAL** [1]

      Defendants Town of Wheatfield; Crown Beverage Packaging, LLC; Republic Services, Inc.; Greif, Inc.; and Industrial Holdings Corporation moved for an order dismissing Plaintiffs

---

[1] This order applies to all three consolidated cases.

who failed to serve Case Management Affidavits by the February 13, 2013 deadline set by the Court (Doc. 382; *see also* Doc. 375 (Stipulation and Order setting deadline). On March 8, 2023, Plaintiffs filed a response to Defendants' motion (Doc. 386). Upon due consideration, and for the reasons set out in support of Defendants' motion (Doc. 382), it is hereby

ORDERED, that all claims as asserted by the following Plaintiffs are hereby dismissed with prejudice, and these Plaintiffs are dismissed:

**Plaintiffs in *Andres* (17-cv-377):**
1) Catherine Follendorf
2) Timothy Follendorf
3) Zachary Grawe
4) Cindy Krueger
5) Larry Krueger
6) Thomas Krueger
7) Larry Krueger II

**Plaintiffs in *Bellafaire* (18-cv-560):**
8) Kyle Faulkner
9) Nicole Faulkner
10) Darleen Iacona
11) Pino Iacona
12) Robert Jachimiak
13) Sara Jachimiak
14) Jason Koepsell
15) Scott McEldowney
16) Deanna Patterson
17) Jourdan Sutton
18) Sherry Warner
19) Donna Wirth
20) Theodore Wirth, Jr.

**Plaintiffs in *Wirth* (18-cv-1486):**

21) Bryanne Bauer
22) Deborah Bauer (formerly Gaydek)
23) Mark Belstadt
24) Lisa Belstadt
25) B.B., minor child of Mark and Lisa Belstadt
26) K.B., minor child of Mark and Lisa Belstadt
27) M.B., minor child of Mark and Lisa Belstadt
28) David Berent
29) Joyce Berent
30) Victoria Beuth
31) Mario Cappanola
32) Susan Chabala Cappanola
33) Anthony Chabala
34) M.C., minor child of Sara Jachimiak
35) Sheryl Corrigan
36) Joshua Diringer
37) Eileen Hanavan
38) B.J. minor child of Sara and Robert Jachimiak
39) Elizabeth Joyner
40) Michael Joyner
41) K.J., minor child of Michael and Elizabeth Joyner
42) E.J., minor child of Michael and Elizabeth Joyner
43) Madalyn Joyner
44) Mary Sue Klaiber
45) Jennifer Kraus
46) Michael Kraus
47) John J. Lucas
48) Paula Martin
49) Joseph Mascardo

50) Kimberly Mascardo
51) J.M., minor child of Joseph and Kimberly Mascardo
52) M.M., minor child of Joseph and Kimberly Mascardo
53) Colleen McKenna
54) E.O., minor child of Sara Jachimiak
55) Dean Olszowka
56) Cassandra O'Ship
57) O.O. (minor) through Cassandra O'Ship
58) Jonathan Peterson
59) Kristen Rauth
60) Geraldine Rhoads
61) William Rhoads
62) Lauren Ricchiazzi
63) Rochelle Ricchiazzi
64) Rebecca Schultz
65) Rebecca Schultz, on behalf of the estate of Deanna Schultz
66) Jennifer Sheldon
67) Lisa Smith
68) Joan Wiedemer
69) Donna Wielgus
70) Theodore Wirth, III
71) Kayne Zalewski

Dated this 11th day of May, 2023

Hon. Christina Reiss, District Judge
United States District Court