UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ELIZABETH ANDRES, et al.

        Plaintiffs,        No. 1:17-cv-00377-CCR

-vs-

TOWN OF WHEATFIELD, et al.,

        Defendants.

---

ALICIA BELLAFAIRE, et al.

        Plaintiffs,        No. 1:18-cv-00560-CCR

-vs-

TOWN OF WHEATFIELD, et al.,

        Defendants.

---

THEODORE WIRTH, III, et al.,

        Plaintiffs,        No. 1:18-cv-1486-CCR

-vs-

TOWN OF WHEATFIELD, et al.,

        Defendants.

---

**STIPULATION AND ORDER REGARDING SUBSTITUTION
REQUESTED BY PLAINTIFF STEVEN JAMES AT DOC. 486**

This Stipulation applies in Consolidated Case *Bellafaire, et al. v. Town of Wheatfield, et al.*

**WHEREAS**, on December 15, 2023, Plaintiffs filed a motion to substitute Robin D. James, as Executrix of the estate of deceased plaintiff Steven James ("Decedent"), as an estate representative in place of Mr. James (Doc. 486 to 486-4); and

**WHEREAS**, attached to the motion was a "Statement Noting Death of Plaintiff Steven James" (Doc. 486-1).

**WHEREAS**, also attached to the motion was a copy of Letters Testamentary issued by the Niagara County Surrogate's Court dated November 30, 2023 appointing Robin D. James as Executrix of Decedent's estate for the "sole purpose of allowing a lawsuit to be prosecuted in which the decedent's estate is a party." (Doc. 486-4).

**WHEREAS**, Defendants brought a motion for partial summary judgment against various plaintiffs, including Plaintiff Steven James, on April 13, 2023 (Doc. 404), which motion remains pending at this time.

**WHEREAS**, Defendants do not oppose Plaintiffs' motion provided that (1) the party substituted shall be designated "Robin D. James, as Executrix of the Estate of Steven James," and (2) Defendants' consent to this substitution is without prejudice to Defendants' pending motion and dismissal, if granted, shall be binding on Decedent's estate representative.

Accordingly, the parties, through their undersigned counsel, therefore **STIPULATE AND AGREE** as follows:

1. Plaintiffs' motion to substitute pursuant to Rule 25(a) regarding Decedent Steven James (Doc. 486) be granted and the substituted party shall in all future filings, pleadings, etc. be designated as:

    "Robin D. James Executrix of the Estate of Steven James."

2

2. Defendants' consent to the substitution is without prejudice to Defendants' pending motion for summary judgment dismissing the claims of Decedent and dismissal, if granted, is binding on Decedent's estate representative.

**IT IS SO ORDERED.**

Dated: 2/1/24

United States District Judge Christina Reiss

3

NAPOLI SHKOLNIK PLLC

By: __/s/ Nevin Wisnoski__
Nevin Wisnoski
Attorneys for Plaintiffs
1213 Culbreth, Suite 216
Wilmington, NC 28405-3639
Telephone: (919) 374-1971
nwisnoski@napolilaw.com

Christen Civiletto
Attorney for Plaintiffs
8313 West Point Drive
East Amherst, NY 14051
Telephone: (716) 713-2431
chistenciviletto@gmail.com

STAG LIUZZA LLC
Ashley Liuzza
Michael G. Stag
Attorneys for Plaintiffs
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
mstag@stagliuzza.com
aliuzza@stagliuzza.com

4

BOND SCHOENECK & KING, PLLC

By: /s/ Charles D. Grieco
    Charles D. Grieco
    Dennis K. Schaeffer
    Kathleen H. McGraw
Attorneys for Defendant
*Town of Wheatfield*
Avant Building, Suite 900
200 Delaware Avenue
Buffalo, New York 14202-2107
Telephone No. (716) 416-7000
cgrieco@bsk.com

Matthew E. Brooks
Wheatfield Town Attorney
2800 Church Road
North Tonawanda, New York 14120
Telephone No. (716) 694-6440
mattb@wheatfield.ny.us

NIXON PEABODY LLP

By: /s/ Laurie Styka Bloom
    Laurie Styka Bloom
    J. William Codinha
    John J. Weinholtz
Attorneys for Defendant
*Crown Beverage Packaging, LLC*
40 Fountain Plaza, Suite 500
Buffalo, New York 14202-2224
Telephone No. (716) 853-8102
lbloom@nixonpeabody.com
jcodinha@nixonpeabody.com
jweinholtz@nixonpeabody.com

GREENBERG TRAURIG, LLP

By: /s/ Zackary D. Knaub
    Zackary D. Knaub
Attorneys for Defendant
*Republic Services, Inc.*
54 State Street, 6th Floor
Albany, New York 12207
Telephone No. (518) 689-1426
knaubz@gtlaw.com

HARRIS BEACH PLLC

By: /s/ Steven P. Nonkes
    Steven P. Nonkes
Attorneys for Defendant
*Greif, Inc.*
99 Garnsey Road
Pittsford, New York 14534
Telephone No. (585) 419-8847
snonkes@harrisbeach.com

LIPPES MATHIAS LLP
Brian C. Mahoney
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202-2216
Telephone No. (716) 853-5100
bmahoney@lippes.com

BARCLAY DAMON LLP

By: /s/ Yvonne E. Hennessey
    Yvonne E. Hennessey
    Carol Snider
    Kevin D. Szczepanski
Attorneys for Defendant
*Industrial Holdings Corporation*
80 State Street
Albany, New York 12207
Telephone No. (518) 429-4293
yhennessey@barclaydamon.com
csnider@barclaydamon.com

5